# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:21-MJ-00018 JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| ANGEL ASTORGA, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to April 12, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **April 14, 2021**   _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE